IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00715-ZLW

ART PRICE,

    Plaintiff,

v.

EXECUTIVE DIRECTOR OF THE COLORADO OF CORRECTIONS, and
WARDEN OF THE BUENA VISTA CORRECTIONAL COMPLEX,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion for change of venue (docket #19) filed on August 16, 2010, is DENIED because this action was dismissed by order filed on July 13, 2010.

Dated: August 17, 2010